1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JIMMY GETTINGS,                              No. CIV S-08-0457-LEW-CMK

12                    Petitioner,

13         vs.                                     <u>ORDER</u>

14    REGINA GETTINGS,

15                    Respondent.

16    _____/

17                    Petitioner seeks a writ of mandamus.  Pending before the court is petitioner's

18    request for leave to proceed in forma pauperis on appeal (Doc. 9).  Because petitioner's appeal

19    has been processed to the Ninth Circuit Court of Appeals, petitioner's motion is denied without

20    prejudice to renewal in the appellate court.

21                    IT IS SO ORDERED.

22     DATED:  April 1, 2010

23                                                 _____

24                                                 **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE

25

26